# Court of Appeals
# of the State of Georgia

ATLANTA,___June 28, 2012___

*The Court of Appeals hereby passes the following order:*

**A12D0415. TARIQ H. MIRZA v. LAW OFFICE OF ESTHER PANITCH, P.C.**

Tariq H. Mirza seeks discretionary review of the trial court's final order and judgment, awarding $20,000 to plaintiff Law Office of Esther Panitch, P.C in its action on open account. The trial court's order is directly appealable, pursuant to OCGA § 5-6-34 (a) (1).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application for discretionary appeal if the order is subject to direct appeal. As the order at issue is subject to direct appeal, this application is hereby GRANTED. The appellant shall have 10 days from the date of this order to file a notice of appeal with the state court, if he has not already done so. The state court is instructed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/28/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*